**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Wyatt W. Knight

Case No: 22−50038 − WJF

Debtor(s)

Chapter 13 Case

**NOTICE TO DEBTOR(S) RE: FINANCIAL MANAGEMENT CERTIFICATION**

The debtor(s) has not filed a Certificate of Debtor Education from the course provider required by Bankruptcy Rule 1007(c).

File this form with the Bankruptcy court.

This case will be closed without discharge unless the debtor(s) files the Certificate no later than the date when the last plan payment is to be made.

**File this form at the address below.**

**Bankruptcy Clerk's Office:**
404 Gerald W. Heaney Federal Building
and U.S. Courthouse and Customhouse
515 West First Street
Duluth, MN 55802

Dated: 5/6/22

Tricia Pepin
Clerk, United States Bankruptcy Court

By: admin
Deputy Clerk

**mnb13fmz** 10/16

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 22-50038-WJF |
| Wyatt W. Knight | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-5 | User: admin | Page 1 of 1 |
| Date Rcvd: May 06, 2022 | Form ID: mnb13fmz | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wyatt W. Knight, 600 W Redwing Street, Duluth, MN 55803-1751 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 08, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John F. Hedtke | on behalf of Debtor 1 Wyatt W. Knight john@hedtkelaw.com |
| Kyle Carlson | info@carlsonch13mn.com  barnesvillemn13@ecf.epiqsystems.com |
| Peter Greenlee | on behalf of Interested Party Ronald and Carol Case OfficeofGreenleelaw@gmail.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4