# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                          BKY 22-50038
                                                               Chapter 13
Wyatt W. Knight,

            Debtor.

## ORDER REGARDING MOTION OF CHAPTER 13 TRUSTEE
## FOR DISMISSAL OR CONVERSION OF CASE

This Chapter 13 case came before the Court on 11/15/2023, on the motion of Chapter 13 Trustee Kyle L. Carlson for conversion or dismissal of the case.

1.      In cure of current default in payment to the Chapter 13 Trustee, the debtor has agreed to the following payments to the Chapter 13 Trustee,

        a.      The debtor has agreed to resume regular monthly payments to the Trustee, commencing November 2023.  The debtor's regular monthly payment is currently $1,500.00.

        b.      In addition, the debtor has agreed to pay to the Trustee an extra $1,000.00 per month for the months of November 2023 through April 2024 and $500.00 in May 2024.

Upon the proposal of the debtor for a structured cure of outstanding arrears in payment to the Chapter 13 Trustee:

### IT IS HEREBY ORDERED:

1.      If the debtor fails to make any payment required under Term 1 of this order in a timely manner, and if such default remains uncured after ten days written notice to the debtor and counsel for the debtor, the Chapter 13 Trustee may seek dismissal on an expedited basis.  To do so, the Chapter 13 Trustee shall file an affidavit attesting to the event(s) of default, and a proposed order for dismissal.  Upon the filing of the affidavit, the Court may enter the proposed order without further notice or hearing.

2.      This order shall be without prejudice to the debtor's right to modify the Plan pursuant to 11 U.S.C. § 1329.

Dated:    *November 16, 2023*                    */e/William J. Fisher*
                                                William J. Fisher
                                                United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:                                                                                    Case No. 22-50038-WJF

Wyatt W. Knight                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-5                          User: admin                                   Page 1 of 1

Date Rcvd: Nov 16, 2023                    Form ID: pdf111                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wyatt W. Knight, 600 W Redwing Street, Duluth, MN 55803-1751 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John F. Hedtke | |
| | on behalf of Debtor 1 Wyatt W. Knight john@hedtkelaw.com |
| Kyle Carlson | |
| | info@carlsonch13mn.com  barnesvillemn13@ecf.epiqsystems.com |
| Peter Greenlee | |
| | on behalf of Interested Party Ronald and Carol Case OfficeofGreenleelaw@gmail.com |
| US Trustee | |
| | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4